```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3010 |
| | ) | |
| v. | ) | |
| | ) | |
| JEDIDIAH JOEL RIEKENBERG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of deadline, filing no. 27, is granted and the deadline for filing its brief in response to defendant's motion to suppress (filing no. 24) is extended to April 13, 2009.

DATED this 6th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge