```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )        4:09CR3010
                                 )
       v.                        )
                                 )
JEDIDIAH JOEL RIEKENBERG,        )        ORDER
                                 )
              Defendant.         )
                                 )
```

IT IS ORDERED:

Plaintiff's motion to continue the suppression hearing, filing no. 28, is granted. The suppression hearing is continued from April 21 to May 15, 2009 at 1:00 p.m.

DATED this 7th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge