IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3010 |
| | ) | |
| V. | ) | |
| | ) | |
| JEDIDIAH JOEL RIEKENBERG, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The evidentiary hearing of defendant's motion to suppress, (filing no. 24), was held on May 15, 2009 before Magistrate Judge Piester. Judge Piester has not filed a report and recommendation on defendant's motion to suppress, and he is unavailable to do so at this time. Accordingly,

IT IS ORDERED:

On or before June 15, 2009, counsel for the parties shall contact my chambers to schedule a conference call regarding how to proceed on the defendant's motion to suppress.

DATED this 12th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge