IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3010 |
| | ) | |
| V. | ) | |
| | ) | |
| JEDIDIAH JOEL RIEKENBERG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    I have conferred with counsel and they have agreed that I may resolve the motion to suppress (filing 24) based upon the record developed by Magistrate Judge Piester. Therefore,

    IT IS SO ORDERED.

    DATED this 15th day of June, 2009.

                                       BY THE COURT:

                                       *S/Richard G. Kopf*
                                       United States District Judge